# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RUSSELL MAURICE BRUE

VERSUS

LE TU TRAN BRUE

NO.   2025 CW 0562

**SEPTEMBER 8, 2025**

---

In Re:   Le Tu Tran Brue, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202215936.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

WIL
CHH

**Wolfe, J.,** dissents and would grant the writ and reverse the portion of the district court's April 23, 2025 judgment ordering the children to attend St. Tammany public schools beginning in the 2025-2026 school year.  La. R.S. 9:335(B)(3) provides in pertinent part that "[a]ll major decisions made by the domiciliary parent concerning the child shall be subject to review by the court upon motion of the other parent. It shall be presumed that all major decisions made by the domiciliary parent are in the best interest of the child."  "The burden of proving they are in fact not in the best interest of the child is placed on the nondomiciliary parent who opposes the decision." **Lawson v. Lawson,** 48,296 (La. App. 2d Cir. 7/24/13), 121 So.3d 769, 773.  In this matter, defendant, Le Tu Tran Brue, was designated as the domiciliary parent.  I find the district court abused its discretion because it did not apply the proper presumption to the domiciliary parent's decision as to school choice, and plaintiff, Russell Maurice Brue, failed to meet his burden to show the domiciliary parent's decision was not in the children's best interest.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT